**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JASON CHAMELY, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> vs. <br><br> PARAMOUNT RESIDENTIAL MORTGAGE GROUP, INC. a California corporation, <br><br> *Defendant.* | Case No. 5:20-cv-01483 <br><br> **CLASS ACTION** <br><br><br> **NOTICE OF SETTLEMENT** |

**NOTICE OF SETTLEMENT**

## **NOTICE OF SETTLEMENT**

Plaintiff, Jason Chamely, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within twenty-one (21) days.

Dated: December 21, 2020

Respectfully submitted,

By: _/s/ Scott Edelsberg_

**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Proposed Class*